1056

[No. 7236–3–III. Division Three. November 25, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
J. LOVITT, *Appellant.*

Appeal from a judgment of the Superior Court for Kitti-
tas County, No. 84–1–00099–5, Jo Anne Alumbaugh, J.,
entered July 8, 1985. *Affirmed* by unpublished opinion per
McInturff, A.C.J., concurred in by Munson and Thompson,
JJ.

[No. 7022–1–III. Division Three. November 25, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD
LAVERNE ARNOLD, *Appellant.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 84–1–00640–0, Bruce P. Hanson, J.,
entered March 22, 1985. *Affirmed* by unpublished opinion
per Munson, J., concurred in by McInturff, A.C.J., and
Thompson, J.